RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

JAN - 4 2021

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Rev. Jarmal Jabbar Sanders M.D.

Plaintiff(s),

CIVIL ACTION NO.
2:21-cv-00007-MHT-SMD
JURY DEMAND (MARK ONE)

☒ YES    ☐ NO

v.

John H. Merrill
Alabama Secretary of State
Gov. Kay Ivey
Defendant(s).

## COMPLAINT

1. Plaintiff(s)' address and telephone number: 225 Alabama Ave. Selma, Alabama 36701    334 526-1146

2. Name and address of defendant(s): Alabama Secretary of State John H. Merrill and Alabama Gov. Kay

3. Place of alleged violation of civil rights: 600 Dexter Avenue Montgomery, AL 36130

4. Date of alleged violation of civil rights: Nov. 3. 2020

5. State the facts on which you base your allegation that your constitutional rights have been violated: I am a U.S. citizen born and raised in the United States of America. I am former President of the United States of America. I am a two time U.S. Presidential candidate. The first time I ran for President of the United States of America was in 1996. and again in between 3-27-2018 - 11-7-20

1

I was kept off the in fact because of my face by the Alabama Secretary of State and by the Gov. of the State of Alabama Kay Ivey. The motivation for me being kept off of the ballot was also motivated by the fact that former U.S. President Bill Clinton and former U.S. President George W Bush conspired to assassinate me as U.S. President in connection to my effort to bring criminal charges against them for their roles in war crimes connected to various illegal wars that they are connected to. The Alabama Gov. and Alabama Secretary of State discovered my appointment by former President Bill Clinton and U.S. Senate approval by veiwing the national intelligence Estimates and use these Estimates as collateral and to pimp political elected officials into doing whatever they wanted them to do in referance to keeping me off the ballot this election cycle. They also discovered that every voting site was bought by my 1996 U.S. Presidential campaign committee with P.A.C. Money and that my campiagn committee never authorize the use of any of these sites anywhere in the U.S. or it's Territories.

Court order:

6. Relief requested: Re-Staff the U.S. Presidential Election

Return stolen P.A.C. Money

Return Stolen Land which was purchased with P.A.C. Money

Date: 1-4-2021

Rev. Dr. Jarmal Jabbar Sanders, M.D.
Rev. Dr. James ___, M.D.
Plaintiff(s) Signature

2

NEW lawsuit

Rev. Jarmal Jabbar Sanders M.D.

vs.

John H. Merrill

The filing fee for this new lawsuit is enclosed it is only intended for this new lawsuit only