```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602060792
Cashier ID: estrong
Transaction Date: 01/06/2021
Payer Name: JARMAL JABBAR SANDERS
-----------------------------------
CIVIL FILING FEE- NON-PRISONER
 For: JARMAL JABBAR SANDERS
 Case/Party: D-ALM-2-21-CV-000007-001
 Amount:         $402.00
CRIMINAL DEBT
 For: JARMAL JABBAR SANDERS
 Case/Party: D-ALM-2-1N-TO-URFUND-001
 Amount:         $98.00
-----------------------------------
CHECK
 Check/Money Order Num: 27121883332
 Amt Tendered: $500.00
-----------------------------------
Total Due:      $500.00
Total Tendered: $500.00
Change Amt:     $0.00

2:21-cv-00007

Sanders v. Merrill et al

OVERPAYMENT REFUND: $98.00
```