IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JARMAL JABBAR SANDERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:21-cv-7-MHT-SMD |
| ) | |
| JOHN H. MERRILL, and ) | |
| KAY IVEY, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On January 4, 2021, *pro se* Plaintiff Jarmal Jabbar Sanders filed this suit. (Doc. 1). On January 6, 2021, Plaintiff filed a Motion to Direct Court Clerk to Send Out a Receipt in reference to Plaintiff's payment of the filing fee in this case. (Doc. 4). That same day, Plaintiff also filed a Motion to Serve the Complaint and Summons on Defendants. (Doc. 5). Both Motions are moot. First, the Clerk of Court automatically provides a receipt upon payment of the filing fee. Second, the Clerk of Court has issued a copy of the summons to Defendants. (Doc. 6). For these reasons, Plaintiff's Motions (Docs. 4 & 5) are DENIED as moot.

DONE this 11th day of January, 2021.

/s/ Stephen M. Doyle
Stephen M. Doyle
CHIEF U.S. MAGISTRATE JUDGE