IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JARMAL JABBAR SANDERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 2:21-cv-7-MHT-SMD |
| JOHN H. MERRILL, and KAY IVEY, | ) ) ) ) |
| Defendants. | ) |

## **ORDER**

On January 4, 2021, *pro se* Plaintiff Jarmal Jabbar Sanders filed this suit. (Doc. 1). In doing so, he paid the Court's Civil Filing Fee of $402.00. (Doc. 1-2). On February 1, 2021, Plaintiff filed a Motion to Participate in the *Pro Se* Assistance Program. (Doc. 17). Considering that Plaintiff has paid the filing fee of this Court and has provided no other evidence to suggest he is indigent, the Court DENIES Plaintiff's Motion.

DONE this 19th day of February, 2021.

Stephen M. Doyle
CHIEF U.S. MAGISTRATE JUDGE