IN THE UNITED STATES DISTRICT FOR THE

MIDDLE DISTRICT OF ALABAMA



RECEIVED
MAR - 5 2021
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

REV. JARMAL JABBAR SANDERS, M.D.      CASE NUMBER: 2:21-cv-7-mht-

   (PLAINTIFF)                                                          smd

VS.

ALABAMA GOV. KAY IVEY

ALABAMA SECRETARY OF STATE

JOHN H. MERRILL

(DEFENDANTS)

## MOTION TO AMEND COMPLAINT

(Plaintiff) Rev. Dr. Jarmal Jabbar Sanders, M.D. moves this honorable court for a motion to amend his complaint.

_Rev. R. Jarmal J. Sanders, M.D._

REV. Dr. Jarmal Jabbar Sanders, M.D

(Plaintiff)

RECEIVED
2021 MAR -8 A 10:31
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

RECEIVED
2021 MAR -5 P 2:55
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Rev. Jarmal Jabbar Sanders, M.D.

VS.

John H. Merrill
and
Gov. Kay Ivey

Case number:
2:21-cv-7-MHT-SMD