IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

Rev. Dr. Jarmal Jabbar Sanders M.Q.

Plaintiff(s),

v.

Gov. Kay Ivey
John H. Merrill

Defendant(s).

RECEIVED MAR -5 2021 CLERK U.S. DISTRICT COURT MIDDLE DIST. OF ALA.

CIVIL ACTION NO. 2:21-cv-0007- MHT

JURY DEMAND (MARK ONE)
☒ YES    ☐ NO

## Amended COMPLAINT

1. Plaintiff(s)' address and telephone number: 225 Alabama Ave Selma, Al 36701  334-526-1146

2. Name and address of defendant(s): Gov. Kay Ivey @ 600 Dexter Ave. Montgomery, AL   Alabama Secretary of State John H. Merrill

3. Place of alleged violation of civil rights: 600 Dexter Ave. Montgomery, Alabama

4. Date of alleged violation of civil rights: Nov. 3, 2020

5. State the facts on which you base your allegation that your constitutional rights have been violated: Gov. Kay Ivey and Alabama Secretary of State John H. Merrill discriminated against based on the fact that I am a nigger in Referance to disallow me to be placed on the ballet as to be A Candidate For President of the United States of America. The 1997 was allow them to get away with this act and allowed the on to steal PAC money from my US Presidential campaign committee and to steal state owned property which was sold to me that is located at 600 Dexter Ave. Montgomery AL 36130

1

**mail.com**

Ex. 1

# FEC: F2N Filing - Accepted

**From:** noreply-efiling@fec.gov
**To:** sandersjarmal@mail.com
**Date:** Mar 27, 2019 2:20:08 PM



# Federal Election Commission
UNITED STATES —of— AMERICA

# FEC electronic filing results

Your filing was received and accepted by our system on 03/27/2019 03:20:00 PM, and was assigned the Filing ID: FEC-1321363

**Candidate ID:** P00011064

**Candidate name:** Rev. Sanders, Jarmal

**Form type:** F2N (New Report)

**Schedule:**

**From/through:** -

**Filing software/version:** FEC Webforms/8.3.0.0

Review your validation warnings:
https://efoservices.fec.gov/webcheck/services/results/DXUC19032787366

If you are receiving this email in error or have any questions, please contact the FEC Electronic Filing Office toll-free at (800) 424-9530 ext. 1307 or locally at (202) 694-1307.

Online webforms | Reset password | Download FECFile

FEC.gov | Electronic filing overview | Privacy Policy

**mail.com**

Ex. 2

## FEC: F1N Filing - Accepted

**From:** noreply-efiling@fec.gov
**To:** SANDERSJARMAL@MAIL.COM
**Date:** Mar 27, 2019 2:39:16 PM



# Federal Election Commission
UNITED STATES —of— AMERICA

## FEC electronic filing results

Your filing was received and accepted by our system on 03/27/2019 03:39:09 PM, and was assigned the Filing ID: FEC-1321367

| | |
|---|---|
| **Committee ID:** | C00700393 |
| **Committee name:** | Rev. Jarmal Jabbar Sanders For President Of The United States Of America |
| **Form type:** | F1N (New Report) |
| **Schedule:** | |
| **From/through:** | - |
| **Filing software/version:** | FEC Webforms/8.3.0.0 |

Review your validation warnings:
https://efoservices.fec.gov/webcheck/services/results/FDGO19032787370

If you are receiving this email in error or have any questions, please contact the FEC Electronic Filing Office toll-free at (800) 424-9530 ext. 1307 or locally at (202) 694-1307.

Online webforms | Reset password | Download FECFile



This is a photo of Rev. Dr. Jacmal Jabbar Sanders, M.D. Former President of the United States of America