# IN THE UNITED STATES DISTRICT COURTS
# FOR THE MIDDLE DISTRICT OF ALABAMA

REV. JARMAL JABBAR SANDERS, M.D.

(PLIANTIFF)

VS.

JOHN H. MERRILL

GOV. KAY IVEY

(DEFENDENTS)

CASE NUMBER: 2:21-CV-007-MHT-KF

## MOTION FOR APPOINTMENT OF COUNCIL

(PLAINTIFF) REV. DR. JARMAL JABBAR SANDERS, M.D. MOVES THIS HONORABLE COURT FOR AN TO ORDER TO APPOINT HIM LEGAL COUNCIL.

_____

REV. DR. JARMAL JABBAR SANDERS, M.D.

Rev. Dr. Jarmal Jabbar Sanders M.D.
225 Alabama Ave.
Selma, Al 36704





7020 2450 0001 3441 3408



CERTIFIED MAIL



7020 2450 0001 3441 3408

Fed Court Middle District
One Church St.
Montgomery, AL 36104